UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
In re:                                                                       Chapter 11

Deonarine Parasram                                                Case No. 16-42657-cec
dba Vandi Sales
dba Parasram Store,

                            Debtor(s).
------------------------------------------------------------x
Randy Brisman, as Plan Proponent,

                                                                          Adv. Pro. No. 18-1112-cec

                            Plaintiff,

   v.

Suresh N Persuad and Hamiraj Persuad,

                            Defendant.
------------------------------------------------------------x

## SCHEDULING ORDER

Upon the motion of Randy Brisman objecting to the scheduled claim of Hamiraj Persaud filed in the above captioned bankruptcy case (ECF No. 241) (the "Motion"); and upon the complaint filed by Randy Brisman against Suresh N. Persaud and Hamiraj Persaud in the above captioned adversary proceeding (the "Adversary Proceeding"); and upon the hearing held on October 31, 2018, it is hereby,

**ORDERED**, that all discovery shall be completed by January 31, 2019; and it is further

**ORDERED**, that the hearing on the Motion and the pre-trial conference on the Adversary Proceeding are adjourned to February 6, 2019 at 3:30 p.m.; and it is further

**ORDERED**, that a hearing on any dispositive motion shall held on February 6, 2019 at 3:30 p.m. in Courtroom 3529 at the United States Bankruptcy Court for the Eastern District of New York, 271-C Cadman Plaza East, Brooklyn, New York, 11201; and it is further

**ORDERED**, that the dispositive motions shall be filed and served in accordance with applicable rules, and any papers that are untimely filed in connection thereto shall not be considered by the Court.



Dated: Brooklyn, New York
November 16, 2018

_____
**Carla E. Craig**
**United States Bankruptcy Judge**